UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE MIGUEL SALCAN MOSQUERA, Petitioner, -v- MARKWAYNE MULLIN et al., Respondents. | 26-CV-5686 (JMF) NOTICE OF CONFERENCE (IMMIGRATION CASES) |

JESSE M. FURMAN, United States District Judge:

Petitioner has filed a Petition for the writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. In light of Respondents' letter, ECF No. 7, and the appearance of pro bono counsel on behalf of Petitioner, Petitioner's July 16, 2026 response deadline is hereby VACATED. Instead, Counsel for all parties shall appear for a conference with the Court on **July 14, 2026** at **4:00 p.m**. The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again.

Counsel should confer in advance of the conference and submit a joint letter, no later than **July 13, 2026,** indicating whether the conference is necessary and addressing how the Court should handle the present Petition. In the letter, the parties should address whether and, if so, by when Petitioner should file an amended Petition. If counsel do not believe a conference is required, and that briefing is appropriate, counsel should also propose a briefing schedule (expedited or otherwise) in the joint letter.

All counsel are required to register promptly as filing users on ECF. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at http://nysd.uscourts.gov/judge/Furman.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Counsel are encouraged, in addition to filing on ECF, to email any time-sensitive submission to the Court at Furman_nysdchambers@nysd.uscourts.gov and, absent a response within thirty minutes, to call (212) 805-0282 to alert the Court to the submission.

If this case has been settled or otherwise terminated, counsel are not required to file the aforementioned letter or appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 &

App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

Dated: July 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge