IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Jose Salcan Mosquera
, Plaintiff(s)

v.

Mullin, et al.,
, Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 26-cv-05686

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Jose Salcan Mosquera and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Markwayne Mullin, et al..

Date: 7/13/2026

*Signature of plaintiffs or plaintiff's counsel*

Brooklyn Defender Services, 177 Livingston St, 7th Floor
*Address*

Brooklyn, NY 11201
*City, State & Zip Code*

646-787-3322
*Telephone Number*

The Clerk of Court is directed to close this case.
All conferences are canceled. All motions are moot.

SO ORDERED.

July 13, 2026